William I. HEFFRON, Trustee of Estate of Quartz Crystal Products Company, Bankrupt, Appellant, v. U. S. MACHINERY COMPANY, Appellee.

No. 11705.

Circuit Court of Appeals, Ninth Circuit.

March 29, 1948.

George T. Goggin and Marvin Wellins, both of Los Angeles, Cal., for appellant.

Charles A. Thomasset, of Los Angeles, Cal., for appellee.

Before MATHEWS, BONE, and ORR, Circuit Judges.

PER CURIAM.

On the grounds and for the reasons stated in its opinion (71 F.Supp. 949), the order of the District Court is affirmed.

George T. GOGGIN, Trustee of Estate of David Ciphers Dudley, Bankrupt, Appellant, v. David Ciphers DUDLEY, Appellee.

No. 11745.

Circuit Court of Appeals, Ninth Circuit.

March 30, 1948.

Frank C. Weller and Thomas S. Tobin, both of Los Angeles, Cal., for appellant.

Cobb & Utley, of Los Angeles, Cal., for appellee.

Before MATHEWS, BONE, and ORR, Circuit Judges.

PER CURIAM.

On the grounds and for the reasons stated in its opinion (72 F.Supp. 943), the judgment of the District Court is affirmed.

William BARISOFF, Robert I. Knudson, Hubert L. Dawson, Jr., and Arthur M. Lilly, Appellants, v. HOLLYWOOD BASEBALL ASSOCIATION, a Corporation, Appellee.

No. 11706.

Circuit Court of Appeals, Ninth Circuit.

April 5, 1948.

Before MATHEWS, BONE, and ORR, Circuit Judges.

PER CURIAM.

On the grounds and for the reasons stated in its opinion (71 F.Supp. 493), the judgment of the District Court is affirmed.